IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02296-MSK-MEH

LARRY D. ADAMS,

    Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that on or before May 22, 2009, the Clerk of the Court, Denver County District Court, Colorado, shall provide to this Court the original written record of case no. 92 CR 1090, *People v. Adams*.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, Denver County District Court by regular mail to the Second Judicial District Court, 1437 Bannock St, Room 256, Denver, Colorado, 80202.

    Dated this 21st day of April, 2009, in Denver, Colorado.

                                               BY THE COURT:

                                               s/ Michael E. Hegarty
                                               Michael E. Hegarty
                                               United States Magistrate Judge