FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

CIVIL ACTION NO. 08-cv-02296 MSK

LARRY D. ADAMS,

    Petitioner,

vs.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 30th day of April, 2013.

                              BY THE COURT:

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02296 MSK

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Larry D. Adams
# 80027
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Clemmie Parker Engle - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/30/2013  .


                          JEFFREY P. COLWELL, CLERK

                          By: s/ D. Berardi
                                Deputy Clerk